UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES CLARK,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL GUTIERREZ, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01642-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, he alleges that defendants violated his civil rights. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal. L.R. 120(d). Accordingly, this action should have been filed in this court's Fresno Division.

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

    Accordingly, it is hereby ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

    2. The Clerk of Court shall assign a new case number.

1

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:   September 16, 2021   _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE